UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JED WALLACE, <br> STREET RELATIONS, INC. <br><br> *Plaintiffs,* <br><br> v. <br><br> BLAKE LIVELY, <br><br> *Defendant.* | § § § § § § § § § § § § | CIVIL ACTION NO. 1:25-cv-163 |

## PLAINTIFFS' NOTICE OF APPEAL

Take notice that Plaintiffs Jed Wallace ("Wallace") and Street Relations, Inc. ("Street") (collectively, the "Wallace Parties"), pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure and 28 U.S.C. § 1291, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the November 12, 2025 Order Granting Defendant's Motion to Dismiss (Dkt. 42).

Dated: December 12, 2025

Respectfully submitted,

**JACKSON WALKER LLP**

*/s/ Charles L. Babcock*
Charles L. Babcock
Texas Bar No. 01479500
Joel Glover
Texas Bar No. 24087593
Tori Emery
Texas Bar No. 24126228
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200
(713) 308-4110 [FAX]
cbabcock@jw.com
jglover@jw.com
temery@jw.com

Minoo Blaesche

Texas State Bar No. 24075102
Carl C. Butzer
Texas Bar No. 03545900
2323 Ross Avenue, Suite 600
Dallas, Texas 75206
(214) 953-6000
(214) 953-5822 [FAX]
mblaesche@jw.com
cbutzer@jw.com

Matt Dow
Texas Bar No. 06066500
Cody Lee Vaughn
Texas Bar No. 24115897
100 Congress Ave., Suite 1100
Austin, TX 78701
(512) 236-2000
(512) 391-2113 [FAX]
mdow@jw.com
cvaughn@jw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, by which notification of such filing was electronically sent and served to all counsel of record.

*/s/ Charles L. Babcock*
Charles L. Babcock