# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 30, 2025

Mr. Charles Lynde Babcock
Jackson Walker, L.L.P.
1401 McKinney Street
Suite 1900
Houston, TX 77010

    No. 25-51040   Wallace v. Lively
                        USDC No. 1:25-CV-163

Dear Mr. Babcock,

We received your Transcript Oder Form.  In light of no hearings, we are taking no action.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Kierston Jackson, Deputy Clerk

cc:  Mr. Carl C. Butzer
     Ms. Katherine L. Carmona
     Mr. Michael Lambert
     Ms. Laura Lee Prather
     Ms. Catherine Lewis Robb