# WILLKIE FARR & GALLAGHER LLP

2029 Century Park East
Los Angeles, CA 90067-2905
Tel: 310 855 3000
Fax: 310 855 3099

**VIA ECF**

May 27, 2026

Lyle W. Cayce, Clerk of Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re:     *Wallace v. Lively*, Case No. 25-51040

Dear Mr. Cayce:

Pursuant to Fifth Circuit Rule 31.4.3.1, Defendant-Appellee Blake Lively respectfully requests a Level 1 extension of 30 days to file her brief in the above captioned appeal, which is currently due to be filed on June 15, 2026. This is Defendant-Appellee's first request for an extension to file a brief in this matter.

Defendant-Appellee respectfully submits that good cause exists for this extension. Defendant-Appellee requests the additional time given counsel's substantial obligations and competing deadlines in other matters during the briefing period. Accordingly, Defendant-Appellee respectfully requests that this Court extend the deadline to file her response brief by 30 days, to July 15, 2026. Counsel for Defendant-Appellee has conferred with counsel for Plaintiffs-Appellants Jed Wallace and Street Relations, Inc., and they do not oppose this request.

Respectfully submitted,

*/s/* Michael J. Gottlieb

BRUSSELS   CHICAGO   DALLAS   FRANKFURT   HAMBURG   HOUSTON   LONDON   LOS ANGELES
MILAN   MUNICH   NEW YORK   PALO ALTO   PARIS   ROME   SAN FRANCISCO   WASHINGTON

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 27th day of May 2026, a true and correct copy of the above document was served via the CM/ECF system to all counsel of record.

*/s/* Michael J. Gottlieb